IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOSE REMIGIO ZAPATA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF MONTANA, THOMAS GRAY, *as an individual*; KYLE FOUTS, *as an individual;* CATHY ORRINO, *as an individual;* VIRGINIA HILL, *as an individual;* CASCADE COUNTY; JESSE SLAUGHTER, *as an individual*; PLANNED PARENTHOOD OF MONTANA, Inc., *a Montana Corporation,* PAUL KROGUE, *as an individual,*<br><br>Defendants. | CV-21-79-GF-BMM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Upon the Joint Motion of Plaintiff and Defendants Planned Parenthood of Montana, Inc., Paul Krogue, Cascade County, and Jesse Slaughter, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice as to Defendants Planned Parenthood of Montana, Inc., Paul

Krogue, Cascade County, and Jesse Slaughter, as fully and finally resolved, each party to bear their own costs and attorney's fees.

ORDERED this 23rd day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court