IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA – GREAT FALLS DIVISION

| | |
|---|---|
| JOSE REMIGIO ZAPATA, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE STATE OF MONTANA, THOMAS GRAY, as an individual; KYLE FOUTS, as an individual; CATHY ORRINO, as an individual; VIRGINIA HILL, as an individual; CASCADE COUNTY; JESSE SLAUGHTER, as an individual; PLANNED PARENTHOOD OF MONTANA, INC. a Montana Corporation, PAUL KROGUE, as an individual,<br><br>    Defendants. | Cause No. CV-21-79-GF-BMM<br><br><br><br>**ORDER GRANTING MOTION FOR STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL** |

Having considered Defendants the State of Montana, Kyle Fouts, Thomas Gray, and Virginia Hill's (collectively, "the State Defendants") Motion for Stay of Proceedings Pending Interlocutory Appeal, there being no objection, and for good cause shown,

IT IS HEREBY ORDERED that the State Defendants' Motion is GRANTED. The Court stays further proceedings on Plaintiff's remaining state law claim for negligence (Doc. 41, Count 4, ¶¶120-127) until resolution of Defendants Kyle Fouts,

Thomas Gray, Virginia Hill, and Cathy Orrino's qualified immunity appeal.  The

trial date in this matter and all other currently unexpired deadlines set in this Court's

Second Amended Scheduling Order (Doc. 78) are vacated unless and until

reimposed or rendered moot by subsequent Order.  The parties are ordered to notify

the Court within ten (10) days of receipt of a decision from the Ninth Circuit

Court of Appeals on the pending qualified immunity appeal.

DATED this 20th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court